IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARTIN, K04867, | ) |
| Plaintiff(s), | ) No. C 17-1399 CRB (PR) |
| vs. | ) ORDER OF DISMISSAL |
| CDCR, et al., | ) |
| Defendant(s). | ) |

Per order filed on May 9, 2017, the court dismissed with leave to amend plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 to name individual defendants and set forth specific facts showing how each named defendant was deliberately indifferent to plaintiff's serious medical needs, if possible. The court made clear that failure to file a proper amended complaint within 28 days will result in the dismissal of this action.

More than 28 days have passed, but plaintiff has neither filed a proper amended complaint nor sought an extension of time to do so. This action accordingly is DISMISSED.

SO ORDERED.

DATED: June 29, 2017

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.17\Martin, R.17-1399.dismissal.wpd